UNITED STATES of America,
Appellee,

v.

Carmine DI SALVO, Defendant-
Appellant.

No. 139, Docket 26297.

United States Court of Appeals
Second Circuit.

Argued Nov. 3, 1960.

Decided Nov. 16, 1960.

Frances Kahn, New York City, for defendant-appellant.

S. Hazard Gillespie, Jr., U. S. Atty., for Southern District of New York, New York City, Samuel Sheres and George I. Gordon, Asst. U. S. Attys., New York City, of counsel, for United States of America.

Before SWAN, CLARK and MEDINA, Circuit Judges.

PER CURIAM.

A motion for bail pending appeal was denied by Judge Murphy on the ground that the appeal, if taken, would be frivolous. We agree. The record presents no question of law worthy of discussion. Judgment affirmed.

William L. HEUER, Jr. and Lucille M. Heuer, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 18233.

United States Court of Appeals
Fifth Circuit.

Dec. 6, 1960.

Louis Dutrey, Elwood H. Clay, New Orleans, La., Clay, Coleman, Dutrey & Thomson, New Orleans, La., for petitioners.

C. Guy Tadlock, Robert N. Anderson, Lee A. Jackson, Dept. of Justice, Washington, D. C., Charles P. Dugan, Sp. Atty., I.R.S., Hart H. Spiegel, Chief Counsel, I.R.S., Washington, D. C., Charles K. Rice, Asst. Atty. Gen., for respondent.

Before RIVES, Chief Judge, and CAMERON and JONES, Circuit Judges.

PER CURIAM.

The facts from which this controversy arose and the reasons given by the Tax Court for its decisions sustaining the position of the Commissioner are set forth in the opinion of the Tax Court. Heuer v. Commissioner of Internal Revenue, 32 T.C. 947. We are in agreement with the conclusions reached by the Tax Court and its decision is

Affirmed.

Lelia May SAYRE, Appellant,

v.

W. M. SHOEMAKER, Administrator of the Estate of Mrs. Rosa Shoemaker Williams Herin, et al., Appellees.

No. 18304.

United States Court of Appeals
Fifth Circuit.

Dec. 8, 1960.

Rehearing Denied Jan. 10, 1961.

Lelia May Sayre, pro se.

John W. Dulaney, Jr., W. P. Dulaney, Tunica, for appellees.

Before TUTTLE, Chief Judge, and BROWN and WISDOM, Circuit Judges.

PER CURIAM.

Judgment affirmed. Sayre v. Shoemaker et al., 5 Cir., 263 F.2d 370.